M. P. No. 79-411. BURT A. JORDAN *v.* ANN JORDAN. The petition for writ of certiorari is denied. *Aram A. Arabian,* for plaintiff-respondent. *Kirshenbaum & Kirshenbaum, Alfred Factor,* for defendant-petitioner, *Robert J. Fallon,* Legal Counsel, Child Welfare Services, *James A. Farrell, Jr.,* Guardian Ad Litem for Arthur and Emily Jordan.

M. P. No. 79-421. DAVID LAROCHE *et al. v.* COMMERCE OIL REFINING CORPORATION. The petition for writ of certiorari is denied. *Thomas H. Quinn, Jr.,* for petitioners. *Letts, Quinn & Licht, Daniel J. Murray,* for respondent.

M. P. No. 79-432. JAMES C. RAWLINSON *et al. v.* BOARD OF CANVASSERS OF THE CITY OF WOONSOCKET *et al.* The petition for writ of mandamus is denied. *James C. Rawlinson,* pro se, for petitioner.

C. A. No. 78-168. STATE *v.* CHARLES PHILLIPS *et al.* The state's motion to dismiss the question certified to this court by the Superior Court is granted. *Dennis J. Roberts II,* Attorney General, *Stephen Lichatin III,* Special Assistant Attorney General, Chief, Appellate Division, for plaintiff. *John D. Lynch,* for defendants.

APPEAL No. 79-70. DONALD SALMANSON *v.* MORRIS KARKLIN *et al.* The defendants appeared before us on November 7, 1979 in response to our order to show cause why their appeal should not be dismissed in light of our rulings in *Nass* v. *Garniss,* 44 R.I. 162, 116 A. 341 (1922) and *Grayboyes* v. *Shatz,* 74 R.I. 495, 62 A.2d 512 (1948).

The defendants having failed to show cause the appeal is hereby dismissed. *Melvin A. Chernick,* for plaintiff. *Smith & Smith, Incorporated, Z. Hershel Smith,* for defendants.

APPEAL No. 79-97. SAVOY REALTY CORPORATION *v.* L.P.L., INC. This case comes before us on defendant's motion to dismiss for plaintiff's failure to file a $375,000 bond as ordered by the Superior Court, and on defendant's motion, pursuant to Rule 16(g), to affirm the judgment of the Superior Court.